# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Sonia Agosto,<br><br>　　　　　　Debtor. | Case No. 19-17841-mdc<br><br>Chapter 13 |

## Withdrawal of Appearance

To the Clerk of Court:

　　Please withdraw my appearance as counsel for the Debtor in this matter.

Date: December 11, 2023

　　　　　　　　　　JENSEN BAGNATO, P.C.
　　　　　　　　　　*Outgoing Counsel for Debtor*

　　　　　　　　　　By: /s/ Erik B. Jensen
　　　　　　　　　　　　Erik B. Jensen (#40330)
　　　　　　　　　　　　1500 Walnut Street, Suite 1510
　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　215-546-4700
　　　　　　　　　　　　erik@jensenbagnatolaw.com

## Entry of Appearance

To the Clerk of Court:

　　Please enter my appearance as counsel for the Debtor in this matter.

Date: December 11, 2023

　　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　*Counsel for Debtor*

　　　　　　　　　　By: /s/ Michael A. Cibik
　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　mail@cibiklaw.com