Certificate Number: 16339-PAE-DE-039290621

Bankruptcy Case Number: 19-17841



16339-PAE-DE-039290621

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 30, 2025, at 11:02 o'clock AM EST, Sonia Agosto completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 30, 2025

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor