United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17841-amc |
| Sonia Agosto | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 30, 2025 | Form ID: 138OBJ | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonia Agosto, 3834 North Reese Street, Philadelphia, PA 19140-3319 |
| 14440809 | + | PGW, 1800 North 9th Street, Philadelphia, PA 19122-2021 |
| 14440810 | + | Philadelphia Parking Authority, 2467 Grant Avenue, Philadelphia, PA 19114-1004 |
| 14880491 | + | TD Bank, N.A., c/o Edward Joseph McKee, Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103-4196 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 31 2025 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14440799 | ^ | MEBN | Jan 30 2025 23:57:08 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 14440800 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2025 00:03:37 | American InfoSource LP, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14440803 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 30 2025 23:59:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14440805 | | Email/Text: megan.harper@phila.gov | Jan 31 2025 00:00:00 | City of Philadelphia, c/o Joshua Domer, Esq., Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14509576 | | Email/Text: megan.harper@phila.gov | Jan 31 2025 00:00:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14503288 | | Email/Text: megan.harper@phila.gov | Jan 31 2025 00:00:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14440804 | | Email/Text: megan.harper@phila.gov | Jan 31 2025 00:00:00 | City of Philadelphia, 1401 JFK Blvd. 5th Fl, Philadelphia, PA 19102 |
| 14440801 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2025 00:03:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14440802 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2025 00:17:38 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14440806 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 31 2025 00:04:43 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14440808 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2025 23:59:00 | Internal Revenue Service, PO Box 7346, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: 138OBJ | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 14440807 | | Email/Text: bnc-bluestem@quantum3group.com | Jan 31 2025 00:00:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 14447986 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 00:04:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14461048 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2025 00:17:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14453348 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2025 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14466285 | ^ | MEBN | Jan 30 2025 23:57:04 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14440811 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2025 00:16:25 | Portfolio Receovery Associates LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14440812 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 00:04:07 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 14447101 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2025 00:16:09 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14440813 | | Email/Text: bankruptcy@td.com | Jan 31 2025 00:00:00 | TD Bank N.A., c/o Schiller Knapp Lefkowitz & Hertzel, 70 Gray Road, Peaks Island, ME 04108-5000 |
| 14470493 | | Email/Text: bankruptcy@td.com | Jan 31 2025 00:00:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 14522088 | + | Email/Text: megan.harper@phila.gov | Jan 31 2025 00:00:00 | The City of Philadelphia, c/o Joshua Domer, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14440816 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 30 2025 23:59:00 | Toyota Motor Credit Corp, P.O. Box 9013, Addison, TX 75001-9013 |
| 14457207 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 30 2025 23:59:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14440817 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 30 2025 23:59:00 | Verizon, PO Box 660108, Dallas, TX 75266-0108 |
| 14440818 | + | Email/Text: inchargehq@westcreekfin.com | Jan 31 2025 00:00:00 | Westcreek Fi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14442104 | *+ | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14440814 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank N.A., c/o Schiller Knapp Lefkowitz & Hertzel, 70 Gray Road, Peaks Island, ME 04108-5000 |
| 14440815 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank N.A., c/o Schiller Knapp Lefkowitz & Hertzel, 70 Gray Road, Peaks Island, ME 04108-5000 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 19-17841-amc    Doc 97    Filed 02/01/25    Entered 02/02/25 00:31:55    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: 138OBJ | Total Noticed: 31 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edward Joseph McKee | on behalf of Creditor TD Bank  N.A. emckee@duanemorris.com, jalowe@duanemorris.com |
| JEFFREY M. CARBINO | on behalf of Debtor Sonia Agosto jcarbinolaw@outlook.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARTIN A. MOONEY | on behalf of Creditor TD Bank  N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Sonia Agosto help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| RYAN A. GOWER | on behalf of Creditor TD Bank  N.A. rgower@duanemorris.com, jalowe@duanemorris.com;ejmckee@duanemorris.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 96 − 91

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Sonia Agosto ) Case No. 19−17841−amc
   aka Sonia Rodriguez )
   )
   Debtor(s). ) Chapter: 13
   )
   )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 30, 2025                                                                 For The Court

                                                                                         Timothy B. McGrath
                                                                                         Clerk of Court